**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 4:23-cr-0043 |
| | ) | |
| YOLANDA F. BESANT | ) | |

## ORDER

Currently before the Court is the Government's Motion to Approve Agreement for Pre-Trial Diversion. In its motion, the Government requests the Court approve the terms of the Agreement for Pre-Trial Diversion and continue all proceedings in this case with respect to Defendant.

After careful consideration, the Government's motion is **GRANTED**. As a result, all proceedings in this case are **CONTINUED** pursuant to 18 U.S.C. § 3161(h)(2), until further order of the Court. The Government is **DIRECTED** to notify the Court upon Defendant's termination from or successful completion of pre-trial diversion. The clerk of court is **DIRECTED** to accept and receive restitution payments from Yolanda F. Besant, and to disburse them to the United States Small Business Administration (SBA/DFC), 721 19th Street, 3rd Floor, Room 301, Denver, CO 80202, in the manner in which restitution payments are received and disbursed for criminal judgments.

So ordered, this _10_ day of _October_ 2023.

HONORABLE LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA